UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------   x
In re APPLICATION Pursuant to 28 U.S.C. §                      :
1782 for an Order Permitting Favariz Business                  :    No. _____
Limited to Take Discovery From JPMorgan                        :
Chase Bank NA, Citibank, N.A., Bank of                         :
America National Association New York,                         :
Standard Chartered Bank, and Wells Fargo for                   :
Use in Foreign Proceedings.                                    :
                                                               :
------------------------------------------------------------   x
```

**APPLICATION AND PETITION OF FAVARIZ BUSINESS LIMITED
FOR AN ORDER TO TAKE DISCOVERY FOR USE
<u>IN A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782</u>**

1

4914-8136-3364.v1

Petitioner Favariz Business Limited ("Petitioner"), pursuant to 28 U.S.C. § 1782, respectfully applies to this Court for an Order authorizing Petitioner to obtain certain limited discovery from JPMorgan Chase Bank NA, Citibank, N.A., Bank of America National Association New York, Standard Chartered Bank, and Wells Fargo (the "Banks") for use in an ongoing civil proceeding pending before the General Division of the High Court of the Republic of Singapore. In support of this Application, Petitioner submits a Memorandum of Law and attaches the Declaration of Timur Valiev (the "Valiev Declaration"), and the Declaration of Alexander G. Malyshev (the "Malyshev Declaration") each with accompanying exhibits. The proposed subpoenas duces tecum to be served on the Banks are attached as Exhibits 1-5 to the Malyshev Declaration.

In this Circuit, a district court may grant discovery under Section 1782 where (1) the party from whom discovery is sought can be found in the district where the application is made; (2) the discovery will be used in a foreign proceeding; and (3) the party seeking discovery is an "interested person" in the foreign proceeding. *See, e.g., Euromepa, S.A. v. R. Esmerian, Inc.*, 154 F.3d 24, 27 (2d Cir. 1998). As further explained in the accompanying Memorandum of Law, Petitioner has satisfied all three requirements of Section 1782. Petitioner seeks discovery for use in an ongoing proceeding in Singapore from banks that can all be found in this district, and Petitioner is a party to the proceeding in Singapore and thus, an interested person.

Accordingly, Petitioner respectfully requests that the Court:

(a) grant the Application and Petition for an Order Pursuant to 28 U.S.C. § 1782 for an Order Permitting Discovery for Use in a Foreign Proceeding;

(b) enter the Proposed Order filed concurrently with this Application;

4914-8136-3364.v1

(c) grant Petitioner leave, pursuant to 28 U.S.C. § 1782, to serve the subpoenas attached to the Malyshev Declaration as Exhibits 1-5;

(d) direct the Banks to produce the requested documents within 30 days of service of the respective subpoenas, or such other date as agreed between the parties, and in conformity with the Federal Rules of Civil Procedure and the Local Rules of this Court;

(e) grant any and all other further relief to Petitioner as deemed just and proper.

Dated: New York, New York
     May 8, 2026

          Respectfully submitted,

          **CARTER LEDYARD & MILBURN LLP**

          By /s/ *Alexander G. Malyshev*
          Alexander G. Malyshev
          Meredith B. Spelman
          28 Liberty Street, 41st Floor
          New York, NY 10005
          Telephone: (212) 732-3200
          Facsimile: (212) 732-3232
          Email: malyshev@clm.com
               spelman@clm.com

          *Attorneys for Petitioner*
          *Favariz Business Limited*

4914-8136-3364.v1