USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/2/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re APPLICATION Pursuant to 28 U.S.C. § 1782 for an Order Permitting Favariz Business Limited to Take Discovery From JPMorgan Chase Bank NA, Citibank, N.A., Bank of America National Association New York, Standard Chartered Bank, and Wells Fargo for Use in Foreign Proceedings. | : | No. 1:26-mc-215 (VSB)(KHP) |
| | : | **ORDER** |

Upon consideration of the Application and Petition for an Order Pursuant to 28 U.S.C. § 1782 ("Section 1782") for an Order Permitting Discovery for Use in a Foreign Proceeding (the "Petition") submitted by Petitioner Favariz Business Limited ("Petitioner"), and all papers submitted in support thereof, the Court finds the Petition satisfies the three statutory requirements for obtaining discovery under Section 1782 in that the respondent banks are found in this District, the discovery is "for use" in a foreign court proceeding in Singapore brought by petitioner to enforce a prior Swiss arbitral award against TALCO (as defined in the petition), and petitioner is an interested person insofar as it is a participant in the Singapore proceeding. The discretionary factors under *Intel v. Advanced Micro Devices, Inc.*, 542 U.S. 241 (2004), are also satisfied insofar as the respondent banks are not parties to the action in Singapore, there is no proof that the Singapore court would reject evidence collected through the Petition, there is no evidence that the information sought in sought in bad faith and, indeed, other courts in this District have allowed similar discovery,[1] and the discovery sought is primarily banking records that should be generally available and should not be difficult to produce.

[1] See *In re Favariz Business Limited*, 25-mc-00198, ECF No. 11; *Ex Parte Application of Hamer Investing Ltd. and Alumina & Bauxite Co. Ltd. for an Order to Obtain Discovery for Use in a Foreign Proceeding*, No. 14-MC-00026 (JGK) (P1), ECF Nos. 1, 4; *In Re: Favariz Business Limited*, No. 24-MC-00512 (LAK), ECF Nos. 1, 8.

Accordingly, it is ORDERED that:

(a) Petitioner is authorized to serve the Subpoenas annexed as Exhibits 1-5 to the Declaration of Alexander G. Malyshev, filed in support of the Petition, upon JPMorgan Chase Bank NA, Citibank, N.A., Bank of America National Association New York, Standard Chartered Bank, and Wells Fargo (the "Banks");

(b) Any objections to the scope of the subpoenas shall be made within 30 days after they are served, and the parties shall meet and confer to resolve all such objections, if any;

(c) Petitioner shall submit a letter to the Court within 90 days after serving the subpoenas to inform the Court of the status of compliance and whether this matter may be closed;

(d) To the extent the bank respondents contest the subpoenas on the basis they are improper in whole or in part under 28 US.C. 1782, or that the balance of the Intel factors weighs against their issuance, they shall so inform the Court within 30 days of their receipt of service and propose a briefing schedule for a motion to quash.

**IT IS SO ORDERED.**

Date: November 2, 2026

Katharine H Parker

Katharine H. Parker
United States Magistrate Judge